IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| HEATH THOMAS YOUNG, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:16-cv-00281 |
| | ) | |
| v. | ) | **DISMISSAL ORDER** |
| | ) | |
| SOUTHWEST VIRGINIA REGIONAL | ) | |
| JAIL AUTHORITY, | ) | By:   Norman K. Moon |
|     Defendant(s). | ) |        United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This __12th__ day of July, 2016.

                                            /s/ Norman K. Moon
                                            NORMAN K. MOON
                                            UNITED STATES DISTRICT JUDGE